UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SYLVIA JEAN JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Case No. 3:24-cv-0426-B |
| | § | |
| BANK OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
<u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

DATE: January 13, 2025.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE